IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-BNB

MARCO A. ROCHA,

    Plaintiff,

v.

A. ZAVARAS, CDOC Director,
RON LEYBA, FMCC, Warden,
D. KIEFER, FMCC CPT.
McKIBBIN, FMCC Sgt.,
S. TWILLEGER, FMCC Case Manager,
MARIA RAEL, FMCC C/O,
D. ROSS, FMCC Sgt.,
G. VANDETTI, CSP Cpt., and
A. DeCESARO, CDOC Grievance Officer,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2010

GREGORY C. LANGHAM
CLERK

---

ORDER ASSIGNING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED March 12, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00357-BNB

Marco A. Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/12/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk