**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

      Plaintiff,

v.

A. ZAVARAS, CDOC Director,
RON LEYBA, FMCC Warden,
D. KIEFER, FMCC CPT.
McKIBBIN, FMCC Sgt.,
S. TWILLEGER, FMCC Case Manager,
MARIA RAEL, FMCC C/O,
D. ROSS, FMCC Sgt.,
G. VANDETTI, CSP Cpt., and
A. DeCESARO, CDOC Grievance Officer,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the Defendants. If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R.

Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: March __17__, 2010

BY THE COURT:

*Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00357-CMA-MEH

Marco Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

A. Zavaras, Ron Leyba, D. Kiefer,
McKibbin, S. Twilleger, Maria Rael,
D. Ross, G. Vandetti, and A. DeCesaro – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on A. Zavaras, Ron Leyba, D. Kiefer, McKibbin, S. Twilleger, Maria Rael, D. Ross, G. Vandetti, and A. DeCesaro COMPLAINT FILED 3/03/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _3/22/10_ .

GREGORY C. LANGHAM, CLERK

By:_____
     Deputy Clerk