IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

    Plaintiff,

v.

A. ZAVARAS, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2010.**

    Plaintiff's Motion to Amend the Complaint [filed June 15, 2010; docket #29] is **denied without prejudice** with leave to re-file. Fed. R. Civ. P. 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) on May 24, 2010, and the Certificate of Service indicates Defendants mailed a copy of the motion to Plaintiff on May 25, 2010. Twenty one days from May 25, 2010, is June 15, 2010 (not considering Fed. R. Civ. P. 6(d) which would add three additional days due to mailing). Therefore, the Court finds that Plaintiff has met the deadline for amending once as a matter of course; however, Plaintiff did not include his proposed Amended Complaint with his motion. Accordingly, Plaintiff may re-file his request but must include a proposed Amended Complaint, on or before **June 28, 2010**.