IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

      Plaintiff,

v.

A. ZAVARAS, *et al.*,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2010.**

      Plaintiff's renewed Motion to Amend Complaint [filed June 29, 2010; docket #32] is **granted**. (*See also* docket #31 (permitting amendment as a matter of course).) The Clerk of Court is directed to enter Plaintiff's Amended Complaint located at Docket #32-1.

      In light of the entry of the Amended Complaint, the pending Motion to Dismiss [filed May 24, 2010; docket #22] is **denied as moot**.