IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

     Plaintiff,

v.

S. TWILLEGER, individual capacity,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 11, 2011.**

     Plaintiff's Motion to Strike [filed May 9, 2011; docket #71] is **denied**. Contrary to Plaintiff's allegations, the Defendant's Answer to the Amended Complaint was timely filed pursuant to Fed. R. Civ. P. 12(a) and 15(a), and the Court did not order Defendants to file "any final pleading" in the alternative to filing a reply in support of the motion to dismiss. *See* docket #39.