IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

    Plaintiff,

v.

S. TWILLEGER, individual capacity,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2011.**

    Plaintiff's Motion on Previous Motion to Compel [filed September 20, 2011; docket #112] is **denied as moot**. Plaintiff's "Motion" seeks no relief from the Court; rather, Plaintiff simply re-submits a request for production as an interrogatory in response to his interpretation of this Court's September 12, 2011 order. However, the order directs the Plaintiff to "submit a rewritten version of RFP No. 4as an interrogatory as set forth herein *to Defendant*." *See* docket #108 at 6 (emphasis added).

    Pursuant to Fed. R. Civ. P. 5(d)(1), interrogatories "must not be filed [with the court] until they are used in the proceeding or the court orders filing[.]" Rather, as set forth in the September 12, 2011 order, any discovery requests, including interrogatories, are to be submitted directly to the opposing party.