**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

      Plaintiff,

v.

S. TWILLEGER, in an individual capacity,

      Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 9, 2011
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Michael E. Hegarty pursuant to 28 U.S.C. § 636.  On September 9, 2011, the Magistrate Judge issued a Recommendation (Doc. # 106), recommending that Plaintiff's Motion for Preliminary Injunction and for Protective Order (Doc. # 99) be denied.  Plaintiff, proceeding *pro se*, has objected to this recommendation.  (Doc. # 116.)

In light of these objections, the Court has conducted the requisite *de novo* review of the issues, the Recommendation, and Plaintiff's objections.  Plaintiff fails to raise any new issues of law or fact warranting a result different from that reached by the Magistrate Judge in his Recommendation.  Based on this *de novo* review, the Court concludes that the Magistrate Judge's Recommendation correct.  Therefore, the Court

hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that Plaintiff's Motion for Preliminary Injunction and for Protective Order (Doc. # 99) be DENIED.

DATED: October  04 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge