IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

    Plaintiff,

v.

S. TWILLEGER, individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

    Plaintiff's Motion to Strike [filed October 24, 2011; docket #121] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." Plaintiff's statement that he "notified the respondent's Attorneys to obtain a copy of this motion to strike by calling SCF or throug (sic) the court's files" does not meet these requirements. Plaintiff's alleged restricted access to copies does not relieve him of his obligation to properly serve Defendant in compliance with the federal and local rules.