IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

      Plaintiff,

v.

S. TWILLEGER, individual capacity,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

      Plaintiff's Motion to Amend Final Pretrial Order [filed October 31, 2011; docket #124] is **denied without prejudice**. The Court has not yet issued a Final Pretrial Order; thus, Plaintiff's requested relief is premature.

      Additionally, Plaintiff is reminded of his continuing obligations to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G, which require, in pertinent part, that a written motion filed with the Court be served on every party and that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." Plaintiff's statement that he "informed defendant's Attorneys to obtain a copy of this motion through (sic) Court's files" does not meet these requirements.