IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

    Plaintiff,

v.

S. TWILLEGER, individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

    Defendant's Motion to Vacate Final Pretrial Conference [filed November 4, 2011; docket #126] is **granted**. The Final Pretrial Conference set for November 17, 2011 is hereby **vacated**. If needed, the Court will reschedule the conference following an order on the pending motions for summary judgment.