IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00357-CMA-MEH

MARCO A. ROCHA,

    Plaintiff,

v.

S. TWILLEGER, individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2011.**

    Plaintiff's Second Motion to Strike [filed November 15, 2011; docket #133] is **denied**. Plaintiff's Motion requests that the Court strike Defendant's motion and briefs seeking summary judgment; however, "the Federal Rules of Civil Procedure do not contemplate the 'striking' of a motion." *Georgacarakos v. Wiley*, 07-cv-01712-MSK-MEH, 2009 WL 440934, at *6 (D. Colo. Feb. 23, 2009). While Rule 12(f) permits the striking of certain pleadings, Rule 7 distinguishes pleadings from motions and from briefs filed in support thereof. *See id*.